DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESUS N. RODRIGUEZ,**
Appellant,

v.

**THE GEO GROUP INC.,**
Appellee.

No. 4D20-2083

[March 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502020CA001718XXXXMB.

Jesus N. Rodriguez, Lake City, pro se.

Gregory A. Kummerlen of Wiederhold & Kummerlen, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***